IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KALPESH RAVAL,

PLAINTIFF,

v.

MARKWAYNE MULLIN, ET AL.,

DEFENDANTS.

Civil Action No.

1:26-cv-00912-MHC

ORDER

Having read and considered Defendants' Motion for Enlargement of Time to file a responsive pleading to Plaintiff's Complaint and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension through and including June 29, 2026 to file a response to Plaintiff's Complaint.

So ordered this 27th day of April, 2026.

_____

Hon. MARK H. COHEN
United States District Judge

Presented By:
/s/ Rodney H. Atreopersaud
RODNEY H. ATREOPERSAUD
Assistant United States Attorney
Georgia Bar No. 309454